FILED
2007 Nov-19 PM 02:34
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| GERALD DEWAYNE BREWSTER, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 4:07-cv-00564-JFG-JEO |
| ) | |
| WARDEN GWENDOLYN MOSLEY and ) | |
| THE ATTORNEY GENERAL OF THE ) | |
| STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation (doc. 14) and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice. An appropriate order will be entered.

**DONE and ORDERED 19 November 2007.**

_____
UNITED STATES DISTRICT JUDGE
J. FOY GUIN, JR.